# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL CALLOWAY

NO. 2025 KW 0461

**JULY 28, 2025**

---

In Re:   Michael Calloway, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 79-FELY-089531.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.** The documents included with the writ application reflect that the foreman indicated that the jury's decision was unanimous. See La. Code Crim. P. art. 810. Nonetheless, even if relator's 1979 jury verdict was non-unanimous, he would not be entitled to relief because the **Ramos** jury unanimity rule does not apply retroactively in Louisiana. **State v. Reddick,** 2021-01893 (La. 10/21/22), 351 So.3d 273, 274.

**MRT**
**WIL**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT